UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HASTEN HAMPTON, | Case No.  1:25-cv-02011-FJS |
| Plaintiff, | ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME |
| v. | (ECF No. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court is in receipt of the parties' Stipulation and Proposed Order for an Extension of Time for Defendant to respond to Plaintiff's Motion for Summary Judgment.  (ECF No. 15.) Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension of sixty (60) days from April 27, 2026, up to and including June 29, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **April 23, 2026**

_____
UNITED STATES MAGISTRATE JUDGE